

BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

**FILED**
2018 APR -3  PM 12: 01
APR 03 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| In re:<br><br>FACEBOOK USER PROFILE LITIGATION | MDL Docket No. |

### MOTION FOR TRANSFER OF ACTIONS TO THE NORTHERN DISTRICT OF CALIFORNIA AND FOR CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407

Theresa Beiner and Brandon Haubert, Plaintiffs in the case styled *Beiner et al. v. Facebook, Inc. et al.*, U.S. District Court for the Northern District of California, Case No. 3:18-cv-1953, hereby move for an Order for transfer and consolidation pursuant to 28 U.S.C. § 1407 for the civil actions listed in the Schedule of Actions filed concurrently herewith.

For the reasons set forth herein and in Plaintiffs' accompanying Memorandum in Support, Plaintiffs respectfully request that the Panel issue an Order transferring the eight actions listed in the accompanying Schedule of Actions, as well as all subsequently filed related actions, to the U.S. District Court for the Northern District of California for coordinated or consolidated pretrial proceedings.

Dated: March 29, 2018

Respectfully submitted,

*/s/ Michael W. Sobol*
Michael W. Sobol
msobol@lchb.com
David T. Rudolph
drudolph@lchb.com
Melissa Gardner
mgardner@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000

Hank Bates
hbates@cbplaw.com
Allen Carney
acarney@cbplaw.com
David Slade
dslade@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
519 West 7th Street
Little Rock, AR 72201
Telephone: 501.312.8500
Facsimile: 501.312.8505

*Attorneys for Plaintiffs Theresa Beiner and Brandon Haubert*