

## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

In re:

FACEBOOK USER PROFILE LITIGATION

MDL Docket No.

## SCHEDULE OF ACTIONS

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1. | **Plaintiff(s):** Lauren Price **Defendant(s):** Facebook, Inc. Cambridge Analytica | U.S.D.C. Northern District of California (San Francisco) | 3:18-cv-01732 | Judge Vince Chhabria |
| 2. | **Plaintiff(s):** Jonathan D. Rubin **Defendant(s):** Facebook, Inc. SCL Group Global Science Research Ltd. Cambridge Analytica LLC | U.S.D.C. Northern District of California (San Francisco) | 3:18-cv-01852 | Magistrate Judge Joseph C. Spero |
| 3. | **Plaintiff(s):** Ashley Gennock Randy Nunez **Defendant(s):** Facebook, Inc. Cambridge Analytica | U.S.D.C. Northern District of California (Oakland) | 4:18-cv-01891 | Magistrate Judge Donna M. Ryu |
| 4. | **Plaintiff(s):** Howard O'Kelly **Defendant(s):** Facebook, Inc. Cambridge Analytica, LLC | U.S.D.C. Northern District of California (San Francisco) | 3:18-cv-01915 | Magistrate Judge Elizabeth D. Laporte |
| 5. | **Plaintiff(s):** Theresa Beiner Brandon Haubert **Defendant(s):** Facebook, Inc. Cambridge Analytica, LLC | U.S.D.C. Northern District of California (San Francisco) | 3:18-cv-01953 | Not assigned |

1532623.1

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 6. | **Plaintiff(s):**<br>Victor James Comforte, II<br>Brendan Michael Carr<br>**Defendant(s):**<br>Cambridge Analytica<br>Facebook, Inc.<br>Mark Zuckerberg<br>John and Jane Does 1-100 | U.S.D.C. Northern District of Illinois (Chicago) | 1:18-cv-02120 | Judge Elaine E. Bucklo |
| 7. | **Plaintiff(s):**<br>Matthew Lodowski<br>**Defendant(s):**<br>Facebook, Inc.<br>Cambridge Analytica LLC<br>Robert Leroy Mercer<br>Aleksandr Kogan | U.S.D.C. Southern District of Texas (Houston) | 4:18-cv-00907 | Judge Keith P. Ellison |
| 8. | **Plaintiff(s):**<br>Jay Malskoff<br>Kenneth Irvine<br>**Defendant(s):**<br>Facebook, Inc.<br>Cambridge Analytica<br>Cambridge Analytica (UK) Ltd.<br>Cambridge Analytica LLC<br>Robert Mercer<br>Aleksandr Kogan | U.S.D.C. New Jersey (Newark) | 2:18-cv-04451 | Judge Esther Salas; Magistrate Judge Joseph A. Dickson |

Dated: March 29, 2018

Respectfully submitted,

*/s/ Michael W. Sobol*
Michael W. Sobol
msobol@lchb.com
David T. Rudolph
drudolph@lchb.com
Melissa Gardner
mgardner@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000

1532623.1

Hank Bates
hbates@cbplaw.com
Allen Carney
acarney@cbplaw.com
David Slade
dslade@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
519 West 7th Street
Little Rock, AR 72201
Telephone: 501.312.8500
Facsimile: 501.312.8505

*Attorneys for Plaintiffs Theresa Beiner and Brandon Haubert*

1532623.1