# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

In re:

FACEBOOK USER PROFILE LITIGATION

MDL Docket No.

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing Motion, Brief, Schedule of Actions and this Certificate of Service was served by email or First Class Mail on March 29, 2018, to the following:

Clerk, Northern District California
San Francisco, CA
Office of the Clerk
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Clerk, Northern District of Illinois
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Clerk, Southern District of Texas
David J. Bradley
Clerk of Court
P. O. Box 61010
Houston, TX 77208

Clerk, District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101
973-645-3730

1532808.1

John A. Yanchunis, Esq.
Morgan and Morgan, P.A.
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Email: jyanchunis@forthepeople.com

Steven William Teppler
Abbott Law Group, P.A.
2929 Plummer Cove Road
Jacksonville, FL 32223
Email: steppler@abbottlawpa.com

Joshua Haakon Watson
Clayeo C. Arnold, A Professional Law
Corporation
865 Howe Avenue
Sacramento, CA 95825
Email: jwatson@justice4you.com
  **Counsel for Plaintiff: Lauren Price**
  Northern District of California, No. 3:18-cv-01732

Nicholas A. Carlin
Phillips Erlewine Given & Carlin LLP
39 Mesa Street, Suite 201
The Presidio
San Francisco, CA 94129
Email: nac@phillaw.com
  **Counsel for Plaintiff:  Jonathan D. Rubin**
  Northern District of California, No. 3:18-cv-01852

Todd David Carpenter
Carlson Lynch Sweet Kilpela & Carpenter LLP
1350 Columbia Street, Suite 603
San Diego, CA 92101
Email: tcarpenter@carlsonlynch.com
  **Counsel for Plaintiffs: Ashley Gennock, Randy Nunez**
  Northern District of California, No. 4:18-cv-01891

Jason Scott Hartley
Stueve Siegel Hanson, LLP
550 West C Street, Suite 1750
San Diego, CA 92101
Email: hartley@stuevesiegel.com
  **Counsel for Plaintiff: Howard O'Kelly**
  Northern District of California, No. 3:18-cv-01915

1532808.1

Joseph Scott Davidson
James C. Vlahakis
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Email: jdavidson@sulaimanlaw.com; jvlahakis@sulaimanlaw.com
    **Counsel for Plaintiffs: Victor James Comforte, II**
    **Brendan Michael Carr**
    Northern District of Illinois, No. 1:18-cv-02120

William Craft Hughes
Hughes Ellzey, LLP
Galleria Tower I
2700 Post Oak Blvd, Ste 1120
Houston, TX 77056
Email: craft@hughesellzey.com
    **Counsel for Plaintiff: Matthew Lodowski**
    Southern District of Texas, No. 4:18-cv-00907

James E. Cecchi
Carella Byrne Cecchi Olstein
Brody & Agnello, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Email: jcecchi@carellabyrne.com
    **Counsel for Plaintiffs: Jay Malskoff, Kenneth Irvine**
    District of New Jersey, No. 2:18-cv-04451

**Defendants:**

Facebook, Inc.
1601 Willow Road
Menlo Park, CA 94025

SCL Group
1-6 Yarmouth Place
Mayfair
London, W1S 4EL

Global Science Research Ltd.
6th Floor 49 Peter Street,
Manchester, England, M2 3NG

Cambridge Analytica LLC
597 5th Avenue, 7th Floor
New York, NY 10017

1532808.1

Cambridge Analytica
597 5th Avenue, 7th Floor
New York, NY 10017

Cambridge Analytica (UK) Ltd.
55 New Oxford Street
London WC1A 1BS

Robert Leroy Mercer
149 Harbor Rd.
Saint James, NY 11780

Aleksandr Kogan
University of Cambridge, Dept. of Psychology
Downing St.
Cambridge, UK CB2 3EB

Mark Zuckerberg
1601 Willow Road
Menlo Park, CA 94025

Dated: March 29, 2018	Respectfully submitted,


			/s/ Michael W. Sobol
			Michael W. Sobol
			drudolph@lchb.com
			LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
			275 Battery Street, 29th Floor
			San Francisco, CA 94111-3339
			Telephone: 415.956.1000

1532808.1