# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Comforte, et al. v. Cambridge Analytica, et al.

Case Number: 1:18-cv-02120

An appearance is hereby filed by the undersigned as attorney for:
Facebook, Inc.

Attorney name (type or print): Susan M. Razzano

Firm: Eimer Stahl LLP

Street address: 224 South Michigan Avenue, Suite 1100

City/State/Zip: Chicago, Illinois 60604

Bar ID Number: 6290533
(See item 3 in instructions)

Telephone Number: 312-660-7600

Email Address: srazzano@eimerstahl.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✓ |
| Are you acting as local counsel in this case? | ✓ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✓ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 4/5/2018

Attorney signature: S/ Susan M. Razzano
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015