# United States District Court  Northern District of Illinois
## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

| Case Title: | | Plantiff(s) |
|---|---|---|
| | VS. | |
| | | Defendant(s) |

| Case Number: | Judge: |
|---|---|

I, _____ hereby apply to the Court

under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of

_____ by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| | |
| | |
| | |
| | |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

*If denied, please explain:
(Attach additional form if necessary)

Pursuant to Local Rule 83.15(a), applicants who do not have an office within the Northern District of Illinois must designate, at the time of filing their initial notice or pleading, a member of the bar of this Court having an office within this District upon who service of papers may be made.

**Has the applicant designated local counsel?   Yes** [ ]   **No** [ ]

If you have not designated local counsel, Local Rule 83.15(b) provides that the designation must be made within thirty (30) days.

Has the applicant ever been:

| | | |
|---|---|---|
| **censured, suspended, disbarred, or otherwise disciplined by any court?** | Yes ☐ | No ☐ |
| **or is the applicant currently the subject of an investigation of the applicant's professional conduct?** | Yes ☐ | No ☐ |
| **transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court?** | Yes ☐ | No ☐ |
| **denied admission to the bar of any court?** | Yes ☐ | No ☐ |
| **held in contempt of court?** | Yes ☐ | No ☐ |

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

_____          S/ _____
          Date                          Electronic Signature of Applicant

| Applicant's Name | Last Name | First Name | Middle Name/Initial |
|---|---|---|---|
| Applicant's Law Firm | | | |
| Applicant's Address | Street Address | | Room/Suite Number |
| | City | State | ZIP Code | Work Phone Number |

**(The pro hac vice admission fee is $150.00 and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)**

NOTE:   Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of this Court. The fee for admission to the General Bar is $181.00  The fee for pro hac vice admission is $150.00. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.

Rev. 01/01/2018

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **VICTOR JAMES COMFORTE, II** and **BRENDAN MICHAEL CARR,** individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**CAMBRIDGE ANALYTICA, FACEBOOK, INC., MARK ZUCKERBERG,** and **JOHN** and **JANE DOES 1-100,**<br><br>Defendants. | CIVIL ACTION NO. 1:18-CV-02120<br><br>Judge Elaine E. Bucklo |

### ATTACHMENT A

Kristin Andrea Linsley

| Bar Admissions | Date of Admission |
|---|---|
| State Bar of California (# 154148) | November 20, 1991 |
| New York State Bar (# 2264901) | January 1, 1989 |

| Title of Court | Date of Admission |
|---|---|
| United States Court of Appeal for the Ninth Circuit | December 27, 1990 |
| Supreme Court of the United States | February 20, 1996 |
| United States District Court, Northern District of California | December 18, 1998 |
| United States District Court, Central District of California | January 8, 1992 |
| United States District Court, Eastern District of Michigan | 2001 |
| United States District Court, Eastern District of New York | April 3, 2001 |
| United States District Court, Southern District of New York | April 3, 2001 |

**ATTACHMENT B**

I, attorney Kristin Andrea Linsley, am currently a member in good standing and eligible to practice law before the State Bar of California (SBN 154148) and the New York State Bar (SBN 2264901). I submit this brief explanation of my reasons for transferring to inactive status before the Commonwealth of Massachusetts Bar.

I was admitted to the Commonwealth of Massachusetts Bar on December 27, 1988, and I remained an active member until April 2009, when I transferred to inactive status. See Mass. Supreme Judicial Ct. Rule 4:02(4)(a). I transferred to inactive status because, despite having grown up and gone to college and law school in Massachusetts, I never practiced there and had not ever had occasion to employ my Massachusetts bar membership in any matter. I moved to California in 1990, after completing law school and two clerkships, and have practiced in California ever since. In New York, by contrast, I retained my membership because I have had several active cases in New York since I moved to California.

I remain in good standing with the Massachusetts Bar. Since transferring to inactive status, I have continued to file annual registration statements and pay applicable fees as required by the Massachusetts Judicial Court Rules. I have not practiced law in the Commonwealth of Massachusetts since transferring to inactive status, as required. I have never been disciplined by any court, or any agency thereof, and no investigations into my conduct have ever been instituted.