IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **VICTOR JAMES COMFORTE, II** and **BRENDAN MICHAEL CARR,** individually, and on behalf of all others similarly situated,<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**CAMBRIDGE ANALYTICA, FACEBOOK, INC., MARK ZUCKERBERG,** and **JOHN and JANE DOES 1-100,**<br><br>    **Defendants.** | Civil Action No. 1:18-cv-02120<br>Hon. Elaine E. Bucklo |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on April 16, 2018, at 9:30 a.m., the undersigned shall appear before the Honorable Elaine E. Bucklo in Courtroom 2243 in the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present the parties' Joint Motion for an Extension of Time for Defendants Facebook, Inc. and Mark Zuckerberg to Answer or Otherwise Respond to Plaintiffs' Complaint, a copy of which is herewith served upon you.

DATED:  April 6, 2018						Respectfully submitted,

**EIMER STAHL LLP**

By: <u>/s/ Nathan P. Eimer</u>
Nathan P. Eimer
  neimer@eimerstahl.com
Susan Razzano
  srazzano@eimerstahl.com
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Tel:  312.660.7600
Fax:  312.692.1718

**GIBSON, DUNN & CRUTCHER, LLP**

Orin Snyder (pro hac vice pending)
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel:  212.351.4000
Fax:  212.351.4035

Joshua S. Lipshutz (pro hac vice pending)
  jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel:  202.955.8217
Fax:  202.530.9614

Kristin A. Linsley (pro hac vice pending)
  klinsley@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
Suite 300
San Francisco, CA 94105
Tel:  415.393.8379
Fax:  415.374.8474

**ATTORNEYS FOR DEFENDANTS
FACEBOOK, INC. AND MARK ZUCKERBERG**

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                                  */s/ Nathan P. Eimer*