**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Victor James Comforte II, et al.
Plaintiff,
v.
Case No.: 1:18−cv−02120
Honorable Elaine E. Bucklo
Cambridge Analytica, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 12, 2018:

MINUTE entry before the Honorable Elaine E. Bucklo: Joint motion for extension of time to answer until after ruling by MDL Panel [13] is granted. Status hearing set for 5/17/2018 at 09:30 AM. Mailed notice <attachments> (reg)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.