# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
4/10/2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AEE

18CV2120

MDL No. __2843__   & TITLE - IN RE: __FACEBOOK USER PROFILE LITIGATION__

# NOTICE OF APPEARANCE

*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Plaintiff, Jonathan D. Rubin

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

Jonathan D. Rubin v. Facebook, Inc., et al. (U.S.D.C Northern District of California, 3:18-cv-01852)

*******************************************************

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| 3/30/2018 | Nicholas A. Carlin |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

Nicholas A. Carlin, 39 Mesa Street, Suite 201, San Francisco, CA 94129

Telephone No.: 415-398-0900       Fax No.: 415-398-0911

Email Address: nac@phillaw.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION**

| | |
|---|---|
| In re:<br><br>FACEBOOK USER PROFILE LITIGATION | MDL Docket No. 2843 |

**AMENDED PROOF OF SERVICE**

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel for Multidistrict Litigation, I hereby certify that on March 30, 2018 I electronically filed the following: Notice of Appearance of Nicholas A. Carlin with the Clerk of the Court using the Judicial Panel on Multidistrict Litigation's CM/ECF system, which will serve notification of such filing to the email of all counsel of record in this action. I further certify that on April 4, 2018 a copy of the foregoing was served on all counsel or parties in the manner indicated and addressed as follow:

**Via U.S. Mail**

| Clerk of the Court<br>U.S.D.C. Northern District of California<br>Susan Y. Soong<br>Office of the Clerk<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3489 | Clerk of the Court<br>U.S.D.C. Northern District of Illinois, Eastern<br>Everett McKinley Dirksen<br>Office of the Clerk<br>United States Courthouse<br>219 South Dearborn Street<br>Chicago, IL 60604 |
|---|---|
| | |

| | |
|---|---|
| Clerk of the Court<br>U.S.D.C. District of New Jersey, Newark<br>Office of the Clerk<br>Martin Luther King Building & U.S. Courthouse<br>50 Walnut Street, Room 4015<br>Newark, NJ 07101<br>973-645-3730 | Clerk of the Court<br>U.S.D.C. Southern District of Texas, Houston<br>David J. Bradley<br>Office of the Clerk<br>P. O. Box 61010<br>Houston, TX 77208 |
| Clayeo C. Arnold<br>Joshua H. Watson<br>CLAYEO C. ARNOLD, A PROFESSIONAL LAW CORPORATION<br>865 Howe Avenue<br>Sacramento, California 95825<br>Telephone: 916-777-7777<br>Facsimile: 916-924-1829<br>Emails: carnold@justice4you.com<br>           jwatson@justice4you.com<br><br>John A. Yanchunis<br>Patrick A. Barthle II<br>MORGAN & MORGAN<br>COMPLEX LITIGATION GROUP<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida 33602<br>Telephone: 813/223-5505<br>Fax: 813/223-5402<br>Emails: jyanchunis@ForThePeople.com<br>           pbarthle@ForThePeople.com<br><br>STEVEN W. TEPPLER<br>ABBOTT LAW GROUP, P.A.<br>2929 Plummer Cove Road<br>Jacksonville, FL 32223<br>T: 904.292.1111<br>F: 904.292.1220<br>Email: steppler@abbottlawpa.com<br><br>*Counsel for Plaintiff Lauren Price*<br>*U.S.D.C. Northern District of California* | Norman E. Siegel<br>Barrett J. Vahle<br>STUEVE SIEGEL HANSON LLP<br>460 Nichols Road, Suite 200<br>Kansas City, Missouri 64112<br>Phone: (816) 714-7100<br>Fax: (816) 714-7101<br>Emails: siegel@stuevesiegel.com<br>           vahle@stuevesiegel.com<br><br>Jason S. Hartley<br>STUEVE SIEGEL HANSON LLP<br>550 West C Street, Suite 1750<br>San Diego, CA 92101<br>Phone: (619) 400-5822<br>Fax: (619) 400-5832<br>Emails: hartley@stuevesiegel.com<br><br>*Counsel for Plaintiff Howard O'Kelly*<br>*U.S.D.C. Northern District of California* |

| | |
|---|---|
| Todd D. Carpenter<br>Brittany C. Casola<br>CARLSON LYNCH SWEET<br>KILPELA & CARPENTER, LLP<br>1350 Columbia Street, Suite 603<br>San Diego, California 92101<br>Telephone: (619) 762-1900<br>Facsimile: (619) 756-6991<br>Emails: tcarpenter@carlsonlynch.com<br>  bcasola@carlsonlynch.com<br><br>*Counsel for Plaintiffs Ashley Gennock and Randy Nunez*<br>*U.S.D.C. Northern District of California* | James Vlahakis<br>Joseph Davidson<br>SULAIMAN LAW GROUP, LTD.<br>2500 South Highland Avenue, Suite 200<br>Lombard, Illinois 60148<br>Telephone: (630) 581-5456<br>Emails: jvlahakis@sulaimanlaw.com<br>  jdavidson@sulaimanlaw.com<br><br>*Counsel for Plaintiffs Victor James Comforte, II and Brendan Michael Carr*<br>*U.S.D.C. Northern District of Illinois* |
| Stephen A. Weiss<br>Christopher L. Ayers<br>SEEGER WEISS LLP<br>55 Challenger Road, 6th Floor<br>Ridgefield Park, New Jersey 07660<br>Telephone: (212) 584-0700<br>Facsimile: (212) 584-0799<br>E-mail: sweiss@seegerweiss.com<br>E-mail: cayers@seegerweiss.com<br><br>James E. Cecchi<br>Donald A. Ecklund<br>Michael A. Innes<br>CARELLA, BYRNE, CECCHI,<br>OLSTEIN, BRODY & AGNELLO, PC<br>5 Becker Farm Road<br>Roseland, NJ 07068-1739<br>Telephone: (973) 994-1700<br>Email: jcecchi@carellabyrne.com<br>Email: decklund@carellabyrne.com<br>Email: minnes@carellabyrne.com<br><br>*Counsel for Plaintiffs Jay Malskoff and Kenneth Irvine*<br>*U.S.D.C. District of New Jersey* | W. Craft Hughes<br>Jarrett L. Ellzey<br>HUGHES ELLZEY, LLP<br>2700 Post Oak Blvd., Ste. 1120<br>Galleria Tower I<br>Houston, TX 77056<br>Phone: (713) 322-6387<br>Fax: (888) 995-3335<br>Emails: craft@hughesellzey.com<br>  jarrett@hughesellzey.com<br><br>*Counsel for Plaintiff Matthew Lodowski*<br>*U.S.D.C. Southern District of Texas* |

| | |
|---|---|
| Michael W. Sobol<br>Lieff Cabraser Heimann & Bernstein, LLP<br>Embarcadero Center West<br>275 Battery Street, 29th Floor<br>San Francisco CA 94111-3339<br>Email: msobol@lchb.com<br><br>*Counsel for Plaintiffs Theresa Beiner and Brandon Haubert*<br><br>*U.S.D.C. Northern District of California* | Cambridge Analytica<br>597 5th Avenue, 7th Floor<br>New York, NY 10017<br><br>*Principal Place of Business for Defendant Cambridge Analytica* |
| The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, Delaware 19801<br><br>*Agent of Service of Process for Cambridge Analytica, LLC* | Cambridge Analytica (UK) Ltd.<br>55 New Oxford Street<br>London WC1A 1BS<br><br>*Served through International Service of Process under the Hague Convention* |
| Corporation Service Company<br>251 Little Falls Drive,<br>Wilmington, DE, 19808<br><br>*Registered Agent for Defendant Facebook, Inc.* | SCL Group<br>1-6 Yarmouth Place<br>Mayfair<br>London, W1S 4EL<br><br>*Served through International Service of Process under the Hague Convention* |
| Aleksandr Kogan<br>University of Cambridge, Dept. of Psychology<br>Downing St.,<br>Cambridge, UK CB2 3EB<br><br>*Served through International Service of Process under the Hague Convention* | Robert Leroy Mercer<br>149 Harber Rd.,<br>Saint James, NY 11780<br><br>*Residence of Defendant Robert Leroy Mercer* |
| Mark Zuckerberg<br>1 Hacker Way,<br>Menlo Park, CA 94025<br><br>*Principal Place of Business for Defendant Facebook, Inc.* | |

Dated: April 4, 2018               PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP

                                   By: /s/ Nicholas A. Carlin
                                       Nicholas A. Carlin
                                       Brian S. Conlon
                                       Attorneys for Plaintiff


                                   PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
                                   Nicholas A. Carlin (State Bar No. 112532)
                                   Brian S. Conlon (State Bar No. 303456)
                                   39 Mesa Street, Suite 201
                                   The Presidio
                                   San Francisco, CA  94129
                                   Tel:  (415) 398-0900
                                   Fax: (415) 398-0911
                                   Email: nac@phillaw.com
                                          bsc@phillaw.com

                                   *Counsel for Plaintiff Jonathan D. Rubin*