AO 440 (Rev. 05/00) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

VICTOR JAMES COMFORTE, II and
BRENDAN MICHAEL CARR, individually,
and on behalf of all others similarly situated

V.

CAMBRIDGE ANALYTICA, FACEBOOK,
INC., MARK ZUCKERBERG, and JOHN and
JANE DOES 1-100

CASE NUMBER: 1:18-cv-02120

ASSIGNED JUDGE: Hon. Elaine E. Bucklo

DESIGNATED
MAGISTRATE JUDGE: Hon. Jeffrey Cole

TO: (Name and address of Defendant)

Cambridge Analytica
597 5th Avenue, 7th Floor
New York, NY 10017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James Vlahakis
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_(signature)_

(By) DEPUTY CLERK



March 30, 2018

DATE

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Illinois

Case Number: 1:18-CV-02120

Plaintiff:
**VICTOR JAMES COMFORTE, II AND BRENDAN MICHAEL CARR, INDIVIDUALLY, AND ON BEHAL OF ALL OTHER SIMILARLY SITUATED**

vs.

Defendant:
**CAMBRIDGE ANALYTICA, FACEBOOK, INC., MARK ZUCKERBERG, AND JOHNB AND JANE DOES 1-100**

For:
JAMES VLAHAKIS ESQ.
SULAIMAN LAW GROUP, LTD.
2500 SOUTH HIGHLAND AVENUE
SUITE 200
LOMBARD, IL 60148

Received by Direct Process Server LLC on the 4th day of April, 2018 at 5:19 pm to be served on **CAMBRIDGE ANALYTICA, 597 5TH AVENUE 7TH FLOOR, NEW YORK, NY 10017.**

I, Alvin Gonzalez, do hereby affirm that on the **5th day of April, 2018 at 2:40 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL CASE, NOTICE OF MANDATORY INITIAL DISCOVERY, STANDING ORDER REGARDING MANDATORY INITIAL DISCOVERY PILOT PROJECT,**, to: **SEAN RICHARDSON** as **HEAD OF LEGAL** for **CAMBRIDGE ANALYTICA**, at the address of: **597 5TH AVENUE 7TH FLOOR, NEW YORK, NY 10017**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 52, Sex: M, Race/Skin Color: Black, Height: 5'9", Weight: 130, Hair: Bald, Glasses: N



## RETURN OF SERVICE For 1:18-CV-02120

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I declare pursuant to 28 USC 1746 that I have read the foregoing document and the facts stated are true and correct.

Executed on: APR 09 2018
             Date

Alvin Gonzalez

Direct Process Server LLC
22 Southern Blvd
Suite 103
Nesconset, NY 11767
(631) 406-6989

Our Job Serial Number: DPR-2018000971

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p