UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **VICTOR JAMES COMFORTE, II** and **BRENDAN MICHAEL CARR**, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CAMBRIDGE ANALYTICA, FACEBOOK, INC., MARK ZUCKERBERG,** and **JOHN and JANE DOES 1-100,**<br><br>Defendants. | Civil Action No. 1:18-cv-02120<br>Hon. Elaine E. Bucklo |

**CORPORATE DISCLOSURE STATEMENT AND
NOTIFICATION OF AFFILIATES OF FACEBOOK, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Northern District of Illinois Local Rule 3.2, Facebook, Inc. states that no publicly held affiliate owns 5% or more of its stock.

DATED: April 19, 2018

Respectfully submitted,

**EIMER STAHL LLP**

By: ___/s/ Nathan P. Eimer___
Nathan P. Eimer
  neimer@eimerstahl.com
Susan Razzano
  srazzano@eimerstahl.com
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Tel: 312.660.7600
Fax: 312.692.1718

**GIBSON, DUNN & CRUTCHER, LLP**

Orin Snyder
   osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, N.Y. 10166
Tel: 212.351.2400
Fax: 212.351.6335

Joshua S. Lipshutz
   jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: 202.955.8217
Fax: 202.530.9614

Kristin A. Linsley
   klinsley@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
Suite 300
San Francisco, CA 94105
Tel: 415.393.8379
Fax: 415.374.8474

*Attorneys for Defendant Facebook, Inc.*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Nathan P. Eimer*