# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**FILED APR 19 2018**

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

MDL No. **2843** & TITLE - IN RE: **Facebook, Inc., Consumer Privacy User Profile**

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

see attached list

## CORPORATE DISCLOSURE STATEMENT

**18CV2120**

The undersigned counsel for **Cambridge Analytica Political LLC**, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation(s) are listed below:

☐ The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

**OR**

☑ This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

/s/ Mark Scarsi  
Signature of Attorney

Milbank, Tweed, Hadley & McCloy LLP  
Name of Firm

2029 Century Park East, 33rd Floor  
Address

Los Angeles, CA 90067  
City/State/Zip Code

Date 04/13/2018

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

## Case Caption

1. *Ben Redmond, Lindsay Rathert, Salvador Ramirez, Gerry Galipault, Kyle Westendorf, Robert Woods, and Jordan Hunstone, Individually and on behalf of all others similarly situated v. Facebook, Inc., Global Science Research Ltd., Aleksandr Kogan, SCL Group Limited, SCL Elections Ltd., SCL USA Inc., Cambridge Analytica LLC, Cambridge Analytica Holdings LLC, Cambridge Analytica Commercial LLC, and Cambridge Analytica Political LLC*, District of Delaware, Case No. 1:18-cv-00531

2. *Debra Kooser and Margaret Frankiewicz, on behalf of themselves and all others similarly situated v. Facebook, Inc., Cambridge Analytica, SCL Group, Limited, and Global Science Research Ltd.*, Northern District of California, Case No. 4:18-cv-02009

3. *Jonathan D. Rubin, Individually and on behalf of all those similarly situated v. Facebook, Inc., SCL Group, Global Science Research Ltd., Cambridge Analytica LLC*, Northern District of California, Case No. 3:18-cv-01852

4. *Christina Labajo, an Individual, on behalf of herself and all others similarly situated v. Facebook, Inc. and Cambridge Analytica*, Northern District of California, Case No. 4:18-cv-02093

5. *Taylor Picha, Individually and on behalf of all others similarly situated v. Facebook, Inc. and Cambridge Analytica*, Northern District of California, Case No. 3:18-cv-02090

6. *Jackie Williams, on behalf of herself and all others similarly situated v. Facebook, Inc. and Cambridge Analytica LLC*, Northern District of Alabama, Case No. 2:18-cv-00535

7. *Jordan O'Hara, Individually and on behalf of all others similarly situated, Brent Collins, and Olivia Johnston, Individually and on behalf of all others similarly situated v. Facebook, Inc., Cambridge Analytica, LLC, Aleksandr Kogan, Stephen K. Bannon, and DOES 1-10, inclusive*, Central District of California, Case No. 8:18-cv-00571

8. *Suzie Haslinger, Individually and on behalf of all others similarly situated v. Facebook, Inc. and Cambridge Analytica LLC*, Northern District of California, Case No. 3:18-cv-01984

9. *Theresa Beiner and Brandon Haubert, on behalf of themselves and all others similarly situated v. Facebook, Inc. and Cambridge Analytica, LLC*, Northern District of California, Case No. 3:18-cv-01953

10. *Howard O'Kelly, on behalf of himself and all others similarly situated v. Facebook, Inc. and Cambridge Analytica, LLC*, Northern District of California, Case No. 3:18-cv-01915

11. *Ashley Gennock and Randy Nunez v. Facebook, Inc. and Cambridge Analytica*, Northern District of California, Case No. 3:18-cv-01891

12. *Jay Malskoff, Individually and on behalf of all others, and Kenneth Irvine, Individually and on behalf of all others v. Facebook, Inc., Cambridge Analytica, Cambridge Analytica (UK) Ltd., Cambridge Analytica LLC, Robert Mercer, and Aleksandr Kogan*, District of New Jersey, Case No. 2:18-cv-04451

13. *Matthew Lodowski v. Facebook, Inc., Cambridge Analytica LLC, Robert Leroy Mercer, and Aleksandr Kogan*, Southern District of Texas, Case No. 4:18-cv-00907

14. *Victor James Comforte, II, Individually, and on behalf of all others similarly situated, and Brendan Michael Carr, Individually, and on behalf of all others similarly situated v. Cambridge Analytica and Facebook, Inc.*, Northern District of Illinois, Case No. 1:18-cv-02120

15. *Lauren Price v. Facebook, Inc. and Cambridge Analytica*, Northern District of California, Case No. 3:18-cv-01732

16. *Joshua Iron Wing and Ryan McGrath v. Facebook, Inc.*, Northern District of California, Case No. 3:18-cv-02122

17. *Carol Johnson, Daniel Paul, and Steve Mortillaro, Individually and on behalf of all others similarly situated v. Facebook, Inc.*, Northern District of California, Case No. 3:18-cv-02127