

**FILED**
**APR 19 2018**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### BEFORE THE
### UNITED STATES JUDICIAL PANEL ON
### MULTIDISTRICT LITIGATION

**MDL DOCKET NO. 2843**

**IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION**

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Ligation, I hereby certify that on April 13, 2018, I caused the foregoing documents to be filed with the Clerk of the Court using the Court's CM/ECF system, which will serve notification of such filing on all counsel of record. I further certify that copies of the foregoing were served on all counsel (or unrepresented parties), and on the Clerk of the Court for each proposed transferor court, by U.S. Mail, as follows:

| **Court Clerks:** | |
|---|---|
| Susan Y. Soong, Clerk<br>San Francisco Division<br>United States District Court<br>450 Golden Gate Avenue<br>Box 36060<br>San Francisco CA 94102<br><br>Susan Y. Soong, Clerk<br>Oakland Division<br>United States District Court<br>1301 Clay Street, Suite 400S<br>Oakland, CA 94612 | *Kooser et al. v. Facebook, Inc. et al.*, Northern District of California, Case No. 4:18-cv-02009<br><br>*Rubin et al. v. Facebook, Inc. et al., Cambridge Analytica LLC*, Northern District of California, Case No. 3:18-cv-01852<br><br>*Labajo et al. v. Facebook, Inc. et al.*, Northern District of California, Case No. 4:18-cv-02093<br><br>*Picha et al. v. Facebook, Inc. et al.*, Northern District of California, Case No. 3:18-cv-02090<br><br>*Haslinger et al. v. Facebook, Inc. et al.*, Northern District of California, Case No. 3:18-cv-01984<br><br>*Beiner et al. v. Facebook, Inc. et al.*, Northern District of California, Case No. 3:18-cv-01953<br><br>*O'Kelly et al. v. Facebook, Inc. et al., LLC*, Northern District of California, Case No. 3:18-cv-01915<br><br>*Gennock et al. v. Facebook, Inc. et al.*, Northern District of California, Case No. 3:18-cv-01891<br><br>*Price v. Facebook, Inc. and Cambridge Analytica*, Northern District of California, Case No. 3:18-cv-01732<br><br>*Joshua Iron Wing and Ryan McGrath v. Facebook, Inc.*, Northern District of California, Case No. 3:18-cv-02122<br><br>*Johnson et al. v. Facebook, Inc.*, Northern District of California, Case No. 3:18-cv-02127 |
| John A. Cerino, Clerk of the Court<br>Office of the Clerk<br>United States District Court<br>844 North King Street Unit 18<br>Wilmington, DE 19801-3570 | *Redmond et al. v. Facebook, Inc. et al.*, District of Delaware, Case No. 1:18-cv-00531 |

2

| | |
|---|---|
| Clerk of Court<br>Hugo L. Black United States Courthouse<br>1729 5th Avenue North<br>Birmingham, AL 35203 | *Williams et al. v. Facebook, Inc. et al.*, Northern District of Alabama, Case No. 2:18-cv-00535 |
| Kiry Gray, Clerk<br>Southern Division<br>Central Division of California<br>411 West 4th Street, Room 1053<br>Santa Ana, CA 92701 | *O'Hara et al. v. Facebook, Inc. et al.*, Central District of California, Case No. 8:18-cv-00571 |
| William T. Walsh, Clerk<br>Newark Division<br>Martin Luther King Building & U.S. Courthouse<br>50 Walnut Street<br>Newark, NJ 07101 | *Malskoff et al. v. Facebook, Inc. et al.*, District of New Jersey, Case No. 2:18-cv-04451 |
| David J. Bradley, Clerk<br>Houston Division<br>United States Courthouse<br>515 Rusk Avenue<br>Houston, TX 77002 | *Lodowski v. Facebook, Inc. et al.*, Southern District of Texas, Case No. 4:18-cv-00907 |
| Thomas G. Bruton, Clerk<br>Chicago Division<br>Everett McKinley Dirksen United States Courthouse<br>219 South Dearborn Street<br>Chicago, IL 60604 | *Comforte et al. v. Cambridge Analytica et al.*, Northern District of Illinois, Case No. 1:18-cv-02120 |

| **Counsel/Parties** | |
|---|---|
| Michael W. Sobol<br>Lieff Cabraser Heimann & Bernstein, LLP<br>Embarcadero Center West<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: 415.956.1000<br>Fax: 415.956.1008<br>Email: msobol@lchb.com<br>*Counsel to Plaintiff Theresa Beiner and Brandon Haubert* | Joseph Scott Davidson<br>James C. Vlahakis<br>Sulaiman Law Group, Ltd.<br>2500 S. Highland Avenue, Suite 200<br>Lombard, IL 60148<br>Telephone: 630.581.5456<br>Fax: 630-575.8188<br>Email: jvlahakis@sulaimanlaw.com<br>*Counsel to Plaintiff Victor James Comforte, II and Brendan Michael Carr* |

| | |
|---|---|
| Todd David Carpenter<br>Carlson Lynch Sweet Kilpela & Carpenter LLP<br>1350 Columbia Street, Suite 603<br>San Diego, CA 92101<br>Telephone: 619.762.1900<br>Fax: 619.756.6991<br>Email: tcarpenter@carlsonlynch.com<br>*Counsel to Plaintiff Ashley Gennock and Randy Nunez* | Jason Scott Hartley<br>Stueve Siegel Hanson, LLP<br>550 West C Street<br>Suite 1750<br>San Diego, CA 92101<br>Telephone: 619.400.5822<br>Fax: 619.400.5832<br>Email: hartley@stuevesiegel.com<br>*Counsel to Plaintiff Howard O'Kelly* |
| Christopher Springer<br>Keller Rohrback, L.L.P.<br>801 Garden Street, Suite 301<br>Santa Barbara, CA 93101<br>Telephone: 805.456.1496<br>Fax: 805.456.1497<br>Email: cspringer@kellerrohrback.com<br>*Counsel to Plaintiff Suzie Haslinger* | John A. Yanchunis<br>Morgan and Morgan, P.A.<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: 813.223.5505<br>Fax: 813.223.5402<br>Email: jyanchunis@ForThePeople.com<br>*Counsel to Plaintiff Lauren Price* |
| Lynn Lincoln Sarko<br>Gretchen Freeman Cappio<br>Cari Campen Laufenberg<br>Keller Rohrback, L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Telephone: 206.623.1900<br>Fax: 206.623.3384<br>Email: lsarko@kellerrohrback.com<br>Email: gcappio@kellerrohrback.com<br>Email: claufenberg@kellerrohrback.com<br>*Counsel to Plaintiff Suzie Haslinger* | Steven William Teppler<br>Abbott Law Group, P.A.<br>2929 Plummer Cove Road<br>Jacksonville, FL 32223<br>Telephone: 904.292.1111<br>Fax: 904.292.1220<br>Email: steppler@abbottlawpa.com<br>*Counsel to Plaintiff Lauren Price* |
| William Craft Hughes<br>Hughes Ellzey, LLP<br>Galleria Tower I<br>2700 Post Oak Blvd, Suite 1120<br>Houston, TX 77056<br>Telephone: 888.350.3931<br>Fax: 888.995.3335<br>Email: craft@hughesellzey.com<br>*Counsel to Plaintiff Matthew Lodowski* | Joshua Haakon Watson<br>Clayeo C. Arnold, A Professional Law Corporation<br>865 Howe Avenue<br>Sacramento, CA 95825<br>Telephone: 916.777.7777<br>Fax: 916.924.1829<br>Email: jwatson@justice4you.com<br>*Counsel to Plaintiff Lauren Price* |

| | |
|---|---|
| James E. Cecchi<br>Carella Byrne Cecchi Olstein Brody & Agnello, PC<br>5 Becker Farm Road<br>Roseland, NJ 07068<br>Telephone: 973.994.1700<br>Fax: 973.994.1744<br>Email: jcecchi@carellabyrne.com<br>*Counsel to Plaintiffs Jay Malskoff and Kenneth Irvine* | Nicholas A. Carlin<br>Phillips Erlewine Given & Carlin LLP<br>39 Mesa Street, Suite 201<br>The Presidio<br>San Francisco, CA 94129<br>Telephone: 415.398.0900<br>Fax: 415.398.0911<br>Email: nac@phillaw.com<br>*Counsel to Plaintiff Jonathan D. Rubin* |
| Helen I. Zeldes<br>Amy C. Johnsgard<br>Andrew J. Kubik<br>Ben Travis<br>Coast Law Group LLP<br>1140 S. Coast Highway 101<br>Encinitas, California 92024<br>Telephone: 760.942.8505<br>Fax: 760.942.8515<br>Email: helen@coastlaw.com<br>Email: amy@coastlaw.com<br>Email: andy@coastlaw.com<br>Email: ben@coastlaw.com<br>*Counsel to Plaintiffs Jordan O'Hara, Brent Collins, and Olivia Johnston* | Charles J. LaDuca<br>Cuneo Gilbert & LaDuca LLP<br>4725 Wisconsin Ave., NW, Suite 200<br>Washington, D.C. 20016<br>Telephone: 202.789.3960<br>Fax: 202.789.1813<br>Email: charlesl@cuneolaw.com<br>*Counsel to Plaintiffs Jordan O'Hara, Brent Collins, and Olivia Johnston* |
| Michael J. Flannery<br>Cuneo Gilbert & LaDuca LLP<br>7733 Forsyth Boulevard, Suite 1675<br>St. Louis, MO 63105<br>Telephone: 314.226.1015<br>Fax: 202.789.1813<br>Email: mflannery@cuneolaw.com<br>*Counsel to Plaintiffs Jordan O'Hara, Brent Collins, and Olivia Johnston* | Paul L. Hoffman<br>Aidan C. McGlaze<br>Schonbrun Seplow Harris & Hoffman LLP<br>11543 W. Olympic Blvd<br>Los Angeles, CA 90064<br>Telephone: 310.396.0731<br>Fax: 310.399.7040<br>Email: phoffman@sshhlaw.com<br>Email: amcglaze@sshhlaw.com<br>*Counsel to Plaintiffs Jordan O'Hara, Brent Collins, and Olivia Johnston, individually and on behalf of all others similarly situated* |

| | |
|---|---|
| Timothy G. Blood<br>Thomas J. O'Reardon II<br>Blood Hurst & O'Reardon, LLP<br>501 W. Broadway, Suite 1490<br>San Diego, CA 92101<br>Telephone: 619.339.1100<br>Fax: 619.338.1101<br>Email: tblood@bholaw.com<br>Email: toreardon@bholaw.com<br>*Counsel to Plaintiffs Jordan O'Hara, Brent Collins, and Olivia Johnston, individually and on behalf of all others similarly situated* | Luke Montgomery<br>Brad Ponder<br>Montgomery Ponder, LLC<br>2226 1st Avenue South, Suite 105<br>Birmingham, AL 35233<br>Telephone: 205.201.0303<br>Fax: 205.208.9443<br>Email: luke@montgomeryponder.com<br>Email: brad@montgomeryponder.com<br>*Counsel for Jackie Williams* |
| Global Science Research Ltd.<br>6th Floor 49 Peter Street,<br>Manchester, England, M2 3NG | Orin Snyder<br>Gibson, Dunn & Crutcher, LLP<br>200 Park Avenue<br>New York, NY 10166<br>*Counsel for Facebook Inc. and Mark Zuckerberg* |
| Robert Leroy Mercer<br>149 Harbor Rd.<br>Saint James, NY 11780 | Joshua Haakon Watson<br>Clayeo C. Arnold, A Professional Law Corp.<br>865 Howe Avenue<br>Sacramento, CA 95825<br>Telephone: 916.777.7777<br>Fax: 916.924.1829<br>Email: jwatson@justice4you.com<br>*Counsel for Debra Kooser and Margaret Frankiewicz* |
| Aleksandr Kogan<br>University of Cambridge, Dept. of Psychology<br>Downing Street<br>Cambridge, UK CB2 3EB | Christopher Page Simon<br>David Holmes<br>Cross & Simon, LLC<br>1105 North Market Street, Suite 901<br>Wilmington, DE 19801<br>(302)777-4200<br>Email: csimon@crosslaw.com<br>*Counsel to Plaintiff Ben Redmond, Lindsay Rather, Salvador Ramirez, Gerry Galipault, Kyle Westerndorf, Robert Woods, Jordan Hunstone, Individually and on behalf of other similarly situated* |
| Stephen K. Bannon<br>210 A Street, N.E.<br>Washington, DC 20002<br>Last Known Address | Stephen K. Bannon<br>82 Heritage Hill Rd<br>New Canaan, CT 06840<br>Last Known Address |

6

Dated: April 13, 2018

Respectfully Submitted,

/s/ Mark C. Scarsi
Mark C. Scarsi
MILBANK, TWEED, HADLEY & McCLOY LLP
2029 Century Park East, 33rd Floor
Los Angeles, California 90067
Telephone: 424-386-4580
Fax: 213-892-4750
Email: mscarsi@milbank.com

*Attorneys for Cambridge Analytica LLC, Cambridge Analytica Holdings LLC, Cambridge Analytica Political LLC, Cambridge Analytica (UK) Ltd., Cambridge Analytica Commercial LLC, SCL Elections Ltd., SCL Group Ltd., SCL USA Inc.*