IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VICTOR JAMES COMFORTE, II and BRENDAN MICHAEL CARR, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAMBRIDGE ANALYTICA LLC, FACEBOOK, INC., MARK ZUCKERGERG, and JOHN and JANE DOES 1-100,<br><br>Defendants. | No. 1:18-cv-02120<br><br>Hon. Elaine E. Bucklo<br><br>Magistrate Jeffrey Cole |

**DEFENDANT CAMBRIDGE ANALYTICA LLC'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs Victor James Comforte, II and Brendan Michael Carr (collectively, "Plaintiffs"), and Defendant Cambridge Analytica LLC ("Cambridge Analytica" and, together with Plaintiffs, the "Parties"), by and through their undersigned counsel of record, hereby move this Court for an extension of time for Cambridge Analytica to answer or otherwise respond to Plaintiffs' Complaint.

In support of this agreed motion, the Parties state as follows:

1. Plaintiffs filed the Complaint on March 22, 2018.  (Dkt. No. 1.)

2. Plaintiffs served Cambridge Analytica with the Complaint on April 5, 2018. (Dkt. No. 13.)

3. Without an extension, Cambridge Analytica's current deadline to answer or otherwise respond to Plaintiffs' Complaint is April 26, 2018.  (Dkt. No. 23.)

1

4.      A motion is currently pending before the Judicial Panel on Multi-District Litigation (the "JMPL") seeking to transfer and consolidate the above-captioned litigation with other similar cases.

5.      The JMPL hearing on that motion for transfer and consolidation is May 31, 2018.

6.      Counsel for Cambridge Analytica has conferred with Plaintiffs' counsel, and the Parties agree to extend Cambridge Analytica's time to answer or otherwise respond to 30 days after the JPML issues a decision on the pending motion for transfer and consolidation.

7.      Cambridge Analytica has sought no extensions prior to the present Motion.

8.      This case is in its preliminary stages, and granting this Motion will not unreasonably delay its resolution or unduly prejudice any of the parties.  The Parties bring this motion in good faith and for good cause, and not to cause improper delay.

**WHEREFORE**, for the foregoing reasons, Plaintiffs and Cambridge Analytica respectfully request an order extending Cambridge Analytica's time to answer or otherwise respond to Plaintiffs' Complaint until thirty (30) days after the JPML issues a decision on the pending motion for transfer and consolidation.

Dated: April 24, 2018                                          Respectfully Submitted,

**Via Pro Hac Vice (PENDING)**                  */s/ Richard B. Kapnick*

Mark C. Scarsi                                                  Richard B. Kapnick
Milbank, Tweed, Hadley & McCloy LLP         Nancy A. Temple
2029 Century Park East, 33rd Floor                Katten & Temple LLP
Los Angeles, CA 90067                                  209 S. LaSalle Street, Suite 950
Telephone: 424.386.4000                               Chicago, IL 60604
Facsimile: 213.629.5063                                 312-663-0800
mscarsi@milbank.com                                   bkapnick@kattentemple.com
                                                                        ntemple@kattentemple.com

*Attorneys for Defendant Cambridge Analytica LLC*

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, certifies that he electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

          */s/ Richard B. Kapnick*