# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VICTOR JAMES COMFORTE, II and BRENDAN MICHAEL CARR, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAMBRIDGE ANALYTICA LLC, FACEBOOK, INC., MARK ZUCKERGERG, and JOHN and JANE DOES 1-100,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) No. 1:18-cv-02120<br>)<br>) Hon. Elaine E. Bucklo<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on May 11, 2018, at 9:30 a.m., or as soon thereafter as Counsel may be heard, the undersigned shall appear before the Honorable Elaine E. Bucklo, or such other Judge as may be sitting in her stead, in Courtroom No. 2243 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present, **Defendant Cambridge Analytica LLC's Agreed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Complaint**, a copy of which is concurrently served.

Dated: April 24, 2018                                      Respectfully Submitted,

**Via Pro Hac Vice (PENDING)**                  */s/ Richard B. Kapnick*

Mark C. Scarsi                                                Richard B. Kapnick
Milbank, Tweed, Hadley & McCloy LLP      Nancy A. Temple
2029 Century Park East, 33rd Floor             Katten & Temple LLP
Los Angeles, CA 90067                                209 S. LaSalle Street, Suite 950
Telephone: 424.386.4000                             Chicago, IL 60604
Facsimile: 213.629.5063                               312-663-0800
mscarsi@milbank.com                                  bkapnick@kattentemple.com
                                                                       ntemple@kattentemple.com
                                                                       ***Attorneys for Defendant Cambridge Analytica LLC***

1

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that he electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                                      */s/ Richard B. Kapnick*