18CV2120

FILED
4/25/2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# BEFORE THE
# UNITED STATES JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL DOCKET NO. 2843 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Ligation, I hereby certify that on April 19, 2018, I caused the foregoing documents to be filed with the Clerk of the Court using the Court's CM/ECF system, which will serve notification of such filing on all counsel of record as follows:

| **BY CM/ECF:** | |
|---|---|
| Matthew I. Knepper<br>Miles N. Clark<br>KNEPPER & CLARK, LLC<br>10040 W. Cheyenne Avenue, Suite 170-109<br>Las Vegas, NV 89129<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br>*Attorneys for Plaintiff Sanford Buckles Individually and on Behalf of All Others Similarly Situated* | Elizabeth Ann Wagner<br>Seyed Abbas Kazerounian<br>KAZEROUNI LAW GROUP, APC<br>245 Fischer Ave. Unit D1<br>Costa Mesa, CA 92626<br>Email: elizabeth@kazlg.com<br>Email: ak@kazlg.com<br>*Attorneys for Plaintiff Sanford Buckles Individually and on Behalf of All Others Similarly Situated* |

| | |
|---|---|
| Joshua B. Swigart<br>HYDE AND SWIGART<br>2221 Camino Del Rio South, Suite 101<br>San Diego, CA 92108<br>Email: josh@westcoastlitigation.com<br>*Attorneys for Plaintiff Sanford Buckles*<br>*Individually and on Behalf of All Others*<br>*Similarly Situated* | Matthew M. Loker<br>KAZEROUNI LAW GROUP, APC<br>1301 East Grand Avenue, Suite 101<br>Arroyo Grande, CA 93420<br>Email: ml@kazlg.com<br>*Attorneys for Plaintiff Sanford Buckles*<br>*Individually and on Behalf of All Others*<br>*Similarly Situated* |
| Brian Michael Lutz<br>Kristin Andrea Linsley<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Email: BLutz@gibsondunn.com<br>Email: KLinsley@gibsondunn.com<br>*Attorneys for Defendants Facebook, Inc.* | Joshua Lipshutz<br>GIBSON DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, NW, 3rd Floor<br>Washington, DC 20036<br>Email: jlipshutz@gibsondunn.com<br>*Attorneys for Defendant Facebook, Inc.* |
| Orin Snyder<br>GIBSON DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Email: osnyder@gibsondunn.com<br>*Attorneys for Defendant Facebook, Inc.; Mark*<br>*Zuckerberg; Sheryl Sandberg* | Timothy Scott Burton, Jr.<br>115 Iowa Street<br>Danville, IL 61832<br>Email: runnerforlife08@gmail.com<br>*PRO SE* |
| Alyssa M Williams<br>Angela Jae Chun<br>David Seabold Casey, Jr<br>Jeremy K. Robinson<br>Gayle M. Blatt<br>CASEY GERRY SCHENK FRANCAVILLA<br>BLATT & PENFIELD LLP<br>110 Laurel St<br>San Diego, CA 92101<br>Email: awilliams@cglaw.com<br>Email: ajc@cglaw.com<br>Email: dcasey@cglaw.com<br>Email: jrobinson@cglaw.com<br>Email: gmb@cglaw.com<br>*Attorneys for Plaintiff Lucy Gerena* | Alfred K. Murray<br>Ari J. Scharg<br>Benjamin H Richman<br>David I. Mindell<br>Jay Edelson<br>EDELSON PC<br>350 N LaSalle, 14th Floor<br>Chicago, IL 60654<br>Email: amurray@edelson.com<br>Email: ascharg@edelson.com<br>Email: brichman@edelson.com<br>Email: dmindell@edelson.com<br>Email: jedelson@edelson.com<br>*Attorneys for People of the State of Illinois,*<br>*ex rel. Kimberly M. Foxx State's Attorney of*<br>*Cook County, Illinois* |

| | |
|---|---|
| Kent Stephen Ray<br>Cook County States Attorney's Office Daley Ctr.<br>69 W. Washington Street, Suite 3130<br>Chicago, IL 60602<br>Email: kent.ray@cookcountyil.gov<br>*Attorneys for People of the State of Illinois, ex rel. Kimberly M. Foxx State's Attorney of Cook County, Illinois* | Nathan P. Eimer<br>Susan M. Razzano<br>EIMER STAHL LLP<br>224 South Michigan Avenue, Suite 1100<br>Chicago, IL 60604<br>Email: neimer@eimerstahl.com<br>Email: srazzano@eimerstahl.com<br>*Attorneys for Defendants Facebook, Inc.* |
| Eric H. Gibbs<br>GIBBS LAW GROUP LLP (Oakland, CA Office)<br>505 14th Street, Suite 1110<br>Oakland, CA 94612<br>Email: ehg@classlawgroup.com<br>*Attorneys for Plaintiff Patricia King* | Derek G. Howard<br>DEREK G. HOWARD LAW FIRM, INC.<br>42 Miller Avenue<br>Mill Valley, CA 94941<br>Email: derek@derekhowardlaw.com<br>*Attorneys for Plaintiff James Karon derivatively on behalf of Facebook, Inc.* |
| Larry Wayne Gabriel<br>Daniel Joseph Mulligan<br>JENKINS MULLIGAN & GABRIEL LLP<br>10085 Carroll Canyon Road, Suite 210<br>San Diego, CA 92131<br>Email: lgabriel@bg.law<br>Email: dan@jmglawoffices.com<br>*Attorneys for Plaintiff James Karon derivatively on behalf of Facebook, Inc.* | Patrice L. Bishop<br>STULL, STULL & BRODY<br>9430 West Olympic Boulevard, Suite 400<br>Beverly Hills, CA 90212<br>Email: service@ssbla.com<br>*Attorneys for Interested Party Ronald Martin* |
| John A. Yanchunis<br>Patrick A. Barthle, II<br>Ryan McGee<br>Morgan & Morgan Complex Litigation Group<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Email: jyanchunis@forthepeople.com<br>Email: pbarthle@forthepeople.com<br>Email: rmcgee@forthepeople.com<br>*Attorneys for Plaintiff Lauren Price* | Joshua H. Watson<br>ARNOLD LAW FIRM<br>865 Howe Avenue<br>Sacramento, CA 95825<br>Email: jwatson@justice4you.com<br>*Attorneys for Plaintiff Lauren Price and Interested Parties Debra Kooser and Margaret Franiewicz* |

| | |
|---|---|
| Steven William Teppler<br>Abbott Law Group, P.A.<br>2929 Plummer Cover Road<br>Jacksonville, FL 32223<br>Email: steppler@abbottlawpa.com<br>*Attorneys for Plaintiff Lauren Price* | David Taylor Rudolph<br>Melissa Ann Gardner<br>Michael W Sobol<br>LIEFF CABRASER HEIMANN AND BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Email: drudolph@lchb.com<br>Email: msobol@lchb.com<br>Email: mgardner@lchb.com<br>*Attorneys for Interested Parties Theresa Beiner and Brandon Haubert* |
| Nicholas Diamand<br>LIEFF CABRASER HEIMANN & BERNSTEIN LLP<br>250 Hudson Street, 8th Floor<br>New York, NY 10013-1413<br>Email: ndiamand@lchb.com<br>*Attorneys for Plaintiffs Theresa Beiner; Brandon Haubert* | Francis A. Bottini, Jr.<br>BOTTINI & BOTTINI INC.<br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, CA 92037<br>Email: fbottini@bottinilaw.com<br>*Attorneys for Interested Party Natalie Ocegueda* |
| Mark C Molumphy<br>COTCHETT PITRE & MCCARTHY LLP<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Email: mmolumphy@cpmlegal.com<br>*Attorneys for Interested Party Jeremiah F. Hallisey* | Robert Frank Lopez<br>Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 8th Avenue, Suite 3300<br>Seattle, WA 98101<br>Email: robl@hbsslaw.com<br>Email: steve@hbsslaw.com<br>*Attorneys for Plaintiff Carol Johnson; Daniel Paul; Steve Mortillaro individually and on behalf of all others similarly situated* |
| Daniel E. Barenbaum<br>BERMAN TABACCO<br>44 Montgomery Street, Suite 650<br>San Francisco, CA 94104<br>Email: dbarenbaum@bermantabacco.com<br>*Attorneys for Gloria Stricklin Trust* | Nicholas A Carlin<br>Brian S. Conlon<br>PHILLIPS, ERLEWINE, GIVEN & CARLIN<br>39 Mesa Street, Suite 201<br>The Presidio<br>San Francisco, CA 94129<br>Email: nac@phillaw.com<br>Email: bsc@phillaw.com<br>*Attorneys for Jonathan D. Rubin individually and on behalf of all those similarly situated; Interested Party Jonathan D. Rubin* |

| | |
|---|---|
| Norman E. Siegel<br>Stueve Siegel Hanson LLP<br>460 Nichols Road, Suite 200<br>Kansas City, MO 64112<br>Email: siegel@stuevesiegel.com<br>*Attorneys for Howard O'Kelly on behalf of himself and all others similarly situated* | Jason S Hartley<br>STUEVE SIEGEL HANSON LLP<br>550 West C Street, Suite 1750<br>San Diego, CA 92101<br>Email: hartley@stuevesiegel.com<br>*Attorneys for Howard O'Kelly on behalf of himself and all others similarly situated* |
| Allen Carney<br>Hank Bates<br>David F. Slade<br>James Allen Carney, Jr.<br>CARNEY BATES & PULLIAM PLLC<br>519 West 7th Street<br>Little Rock, AR 72201<br>Email: acarney@cbplaw.com<br>Email: hbates@cbplaw.com<br>Email: dslade@cbplaw.com<br>Email: ACarney@cbplaw.com<br>*Attorneys for Plaintiffs Theresa Beiner; Brandon Haubert* | Shana E. Scarlett<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Email: shanas@hbsslaw.com<br>*Attorneys for Plaintiff Carol Johnson; Daniel Paul; Steve Mortillaro individually and on behalf of all others similarly situated* |
| Korula T Cherian<br>Rebecca Ruby Anzidei<br>Richard W. Fields<br>Richard Ripley<br>Robert Francis Ruyak<br>RUYAKCHERIAN LLP - Berkley<br>1700 K Street NW, Suite 810<br>Washington, DC 20006<br>Email: sunnyc@ruyakcherian.com<br>Email: rebeccaa@ruyakcherian.com<br>Email: Fields@fieldslawpllc.com<br>Email: rickr@ruyakcherian.com<br>Email: robertr@ruyakcherian.com<br>*Attorneys for Plaintiffs Ben Redmond; Lindsay Rathert; Salvador Ramirez; Gerry Galipault; Kyle Westendorf; Robert Woods; Jordan Hunstone Individually and on behalf of all others similarly situated* | Adam Russell Credeur<br>Kenneth W. DeJean<br>LAW OFFICES OF KENNETH W. DEJEAN<br>P.O. Box 4325<br>Lafayette, LA 70502<br>Email: adam@kwdejean.com<br>Email: kwdejean@kwdejean.com<br>*Attorneys for Plaintiffs Ashley Gennock; Randy Nunez* |

| | |
|---|---|
| Gary F. Lynch<br>Kelly Kathleen Iverson<br>CARLSON LYNCH SWEET & KILPELA, LLP<br>1133 Penn Avenue, Fifth Floor<br>Pittsburgh, PA 15222<br>Email: glynch@carlsonlynch.com<br>*Attorneys for Plaintiffs Ashley Gennock; Randy Nunez* | Karen Hanson Riebel<br>Kate M. Baxter-Kauf<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401-2159<br>Email: Khriebel@locklaw.com<br>Email: kmbaxter-kauf@locklaw.com<br>*Attorneys for Plaintiffs Ashley Gennock; Randy Nunez* |
| Todd D. Carpenter<br>CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP<br>1350 Columbia St., Suite 603<br>San Diego, CA 92101<br>Email: tcarpenter@carlsonlynch.com<br>*Attorneys for Plaintiff Ashley Gennock* | James Constantine Vlahakis<br>Joseph Scott Davidson<br>SULAIMAN LAW GROUP, LTD.<br>2500 S. Highland Avenue, Suite 200<br>Lombard, IL 60148<br>Email: jvlahakis@sulaimanlaw.com<br>Email: jdavidson@sulaimanlaw.com<br>*Attorneys for Plaintiffs Victor James Comforte, II and Brendan Michael Carr individually and on behalf of all others similarly situated* |
| William Craft Hughes<br>HUGHES ELIZEY LLP<br>2700 Post Oak Boulevard<br>Galleria Tower I, Suite 1120<br>Houston, TX 77056-5767<br>Email: craft@hughesellzey.com<br>*Attorneys for Plaintiff Matthew Lodowski* | Stephen A Weiss<br>SEEGER WEISS LLP<br>55 Challenger Road, 6th Floor<br>Ridgefield Park, NJ 07660<br>Email: sweiss@seegerweiss.com<br>*Attorneys for Plaintiffs Jay Malskoff and Kenneth Irvine Individually and on behalf of all others* |
| James E Cecchi<br>CARELLA BYRNE CECCHI OLSTEIN BRODY & AGNELLO<br>5 Becker Farm Road<br>Roseland, NJ 07068-1727<br>Email: jcecchi@carellabyrne.com<br>*Attorneys for Plaintiffs Jay Malskoff and Kenneth Irvine Individually and on behalf of all others* | Christopher Londergan Springer<br>KELLER ROHRBACK L.L.P.<br>801 Garden Street<br>Santa Barbara, CA 93101<br>Email: cspringer@kellerrohrback.com<br>*Attorneys for Plaintiff Suzie Haslinger individually and on behalf of all others similarly situated* |

| | |
|---|---|
| Gretchen F. Cappio<br>Cari C. Laufenberg<br>Lynn Lincoln Sarko<br>KELLER ROHRBACK LLP<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101-3052<br>Email: gcappio@kellerrohrback.com<br>Email: claufenberg@kellerrohrback.com<br>Email: lsarko@kellerrohrback.com<br>*Attorneys for Plaintiff Suzie Haslinger individually and on behalf of all others similarly situated* | Matthew Jury<br>MCCUE & PARTNERS, LLP<br>158 Buckingham Palace Road<br>Fourth Floor<br>London SWIW 9TR United Kingdom<br>Email: matthew.jury@mccue-law.com<br>*Attorneys for Plaintiffs Ben Redmond; Lindsay Rathert; Salvador Ramirez; Gerry Galipault* |
| Kevin S. Hannon<br>HANNON LAW FIRM LLC<br>1641 Downing Street<br>Denver, CO 80218-1528<br>Email: khannon@hannonlaw.com<br>*Attorneys for Plaintiffs Debra Kooser; Margaret Frankiewicz on behalf of themselves and all others similarly situated* | Aidan C McGlaze<br>Paul L. Hoffman<br>SCHONBRUN SEPLOW HARRIS AND HOFFMAN LLP<br>11543 West Olympic Boulevard<br>Los Angeles, CA 90064<br>Email: amcglaze@sshhlaw.com<br>Email: phoffman@sshhlaw.com<br>*Attorneys for Plaintiffs Jordan O'Hara and Olivia Johnson individually and on behalf of all others similarly situated; Brent Collins* |
| Amy Christine Johnsgard<br>Andrew J Kubik<br>Ben Travis<br>Helen Zeldes<br>Coast Law Group LLP<br>1140 South Coast Highway 101<br>Encinitas, CA 92024<br>Email: amy@coastlaw.com<br>Email: andy@coastlawgroup.com<br>Email: ben@coastlaw.com<br>Email: helen@coastlaw.com<br>*Attorneys for Plaintiffs Jordan O'Hara and Olivia Johnson individually and on behalf of all others similarly situated; Brent Collins* | Charles J. LaDuca<br>Cuneo Gilbert & LaDuca, LLP<br>4725 Wisconsin Ave., NW, Suite 200<br>Washington, DC 20016<br>Email: charlesl@cuneolaw.com<br>*Attorneys for Plaintiffs Jordan O'Hara and Olivia Johnson individually and on behalf of all others similarly situated; Brent Collins* |

| | |
|---|---|
| Michael J Flannery<br>Cuneo Gilbert & Laduca, LLP<br>7733 Forsyth Boulevard, Suite 1675<br>St. Louis, MO 63105<br>Email: mflannery@cuneolaw.com<br>*Attorneys for Plaintiffs Jordan O'Hara and Olivia Johnson individually and on behalf of all others similarly situated; Brent Collins* | Christopher P Simon<br>David Gerard Holmes<br>CROSS & SIMON LLC<br>1105 North Market Street, Suite 901<br>Wilmington, DE 19801<br>Email: csimon@crosslaw.com<br>Email: dholmes@crosslaw.com<br>*Attorneys for Plaintiffs Ben Redmond; Lindsay Rathert; Salvador Ramirez; Gerry Galipault* |
| Thomas J. O'Reardon<br>BLOOD HURST & O'REARDON LLP<br>701 B Street, Suite 1700<br>San Diego, CA 92101<br>Email: toreardon@bholaw.com<br>*Attorneys for Plaintiffs Jordan O'Hara and Olivia Johnson individually and on behalf of all others similarly situated; Brent Collins* | J Bradley Ponder<br>MONTGOMERY PONDER, LLC<br>2226 1st Avenue South, Unit 105<br>Birmingham, AL 35233<br>Email: brad@montgomeryponder.com<br>*Attorneys for Plaintiff Jackie Williams on behalf of herself and all others similarly situated* |
| Lucas C Montgomery<br>MONTGOMERY PONDER LLC<br>2421 2nd Ave North, Unit 1<br>Birmingham, AL 35203<br>Email: luke@montgomeryponder.com<br>*Attorneys for Plaintiff Jackie Williams on behalf of herself and all others similarly situated* | Gordon M Fauth, Jr.<br>Rosanne L Mah<br>FINKELSTEIN THOMPSON LLP<br>100 Pine Street, Suite 1250<br>San Francisco, CA 946111<br>Email: gfauth@finkelsteinthompson.com<br>Email: rmah@finkelsteinthompson.com<br>*Attorneys for Plaintiff Christian Labajo an Individual, on behalf of herself and all others similarly situated* |

| | |
|---|---|
| Andrew Arnold<br>Ann Ritter<br>Annie Kouba<br>Fred Baker<br>Jodi Westbrook Flowers<br>Kimberly Barone Baden<br>MOTLEY RICE LLC<br>28 Bridgeside Boulevard<br>Mt. Pleasant, SC 29464-4375<br>Email: aarnold@motleyrice.com<br>Email: aritter@motleyrice.com<br>Email: akouba@motleyrice.com<br>Email: fbaker@motleyrice.com<br>Email: jflowers@motleyrice.com<br>Email: kbarone@motleyrice.com<br>*Attorneys for Plaintiff Taylor Picha*<br>*individually and on behalf of all others*<br>*similarly situated* | Shawn D. Morris<br>William Allan Lemkul<br>MORRIS SULLIVAN AND LEMKUL LLP<br>9915 Mira Mesa Boulevard, Suite 300<br>San Diego, CA 92131<br>Email: morris@morrissullivanlaw.com<br>Email: lemkul@morrissullivanlaw.com<br>*Attorneys for Plaintiff Taylor Picha*<br>*individually and on behalf of all others*<br>*similarly situated* |
| Anthony L. Parkhill<br>Ben Barnow<br>Erich Paul Schork<br>Jeffrey Daniel Blake<br>BARNOW AND ASSOCIATES, P.C.<br>One N. LaSalle Street, Suite 4600<br>Chicago, IL 60602<br>Email: aparkhill@barnowlaw.com<br>Email: b.barnow@barnowlaw.com<br>Email: e.schork@barnowlaw.com<br>Email: j.blake@barnowlaw.com<br>*Attorneys for Joshua Iron Wing; Ryan McGrath* | Thomas J. O'Reardon, II<br>Timothy Gordon Blood<br>Paula R Brown<br>Paula Michelle Roach<br>BLOOD HURST & O'REARDON, LLP<br>501 W. Broadway, Suite 1490<br>San Diego, CA 92101<br>Email: toreardon@bholaw.com<br>Email: tblood@bholaw.com<br>Email: pbrown@bholaw.com<br>*Attorneys for Plaintiffs Jordan O'Hara and*<br>*Olivia Johnson individually and on behalf of*<br>*all others similarly situated; Brent Collins;*<br>*Attorneys for Joshua Iron Wing; Ryan*<br>*McGrath* |

I further certify that copies of the foregoing were served on all unrepresented parties and on the Clerk of the Court for each proposed transferor court, by U.S. Mail, as follows:

| **By U.S. Mail:** | |
|---|---|
| Susan Y. Soong, Clerk<br>San Francisco Division<br>United States District Court<br>450 Golden Gate Avenue<br>Box 36060<br>San Francisco CA 94102<br><br>Susan Y. Soong, Clerk<br>Oakland Division<br>United States District Court<br>1301 Clay Street, Suite 400S<br>Oakland, CA 94612 | *Kooser et al. v. Facebook, Inc. et al.*, Northern District of California, Case No. 4:18-cv-02009<br><br>*Rubin et al. v. Facebook, Inc. et al., Cambridge Analytica LLC*, Northern District of California, Case No. 3:18-cv-01852<br><br>*Labajo et al. v. Facebook, Inc. et al.*, Northern District of California, Case No. 4:18-cv-02093<br><br>*Picha et al. v. Facebook, Inc. et al.*, Northern District of California, Case No. 3:18-cv-02090<br><br>*Haslinger et al. v. Facebook, Inc. et al.*, Northern District of California, Case No. 3:18-cv-01984<br><br>*Beiner et al. v. Facebook, Inc. et al.*, Northern District of California, Case No. 3:18-cv-01953<br><br>*O'Kelly et al. v. Facebook, Inc. et al., LLC*, Northern District of California, Case No. 3:18-cv-01915<br><br>*Gennock et al. v. Facebook, Inc. et al.*, Northern District of California, Case No. 3:18-cv-01891<br><br>*Price v. Facebook, Inc. and Cambridge Analytica*, Northern District of California, Case No. 3:18-cv-01732<br><br>*Joshua Iron Wing and Ryan McGrath v. Facebook, Inc.*, Northern District of California, Case No. 3:18-cv-02122<br><br>*Johnson et al. v. Facebook, Inc.*, Northern District of California, Case No. 3:18-cv-02127<br><br>*Buckles v. Facebook, Inc. et al.*, Northern District of California, Case No. 4:18-cv-02189 |

|  | *Gerena v. Facebook, Inc.*, Northern District of California, Case No. 3:18-cv-02201 |
|---|---|
|  | *Karon v. Facebook, Inc.*, Northern District of California, Case No. 5:18-cv-01929 |
|  | *King v. Facebook, Inc. et al.*, Northern District of California, Case No. 3:18-cv-02276 |
| John A. Cerino, Clerk of the Court<br>Office of the Clerk<br>United States District Court<br>844 North King Street Unit 18<br>Wilmington, DE 19801-3570 | *Redmond et al. v. Facebook, Inc. et al.*, District of Delaware, Case No. 1:18-cv-00531 |
| Clerk of Court<br>Hugo L. Black United States Courthouse<br>1729 5th Avenue North<br>Birmingham, AL 35203 | *Williams et al. v. Facebook, Inc. et al.*, Northern District of Alabama, Case No. 2:18-cv-00535 |
| Kiry Gray, Clerk<br>Southern Division<br>Central Division of California<br>411 West 4th Street, Room 1053<br>Santa Ana, CA 92701 | *O'Hara et al. v. Facebook, Inc. et al.*, Central District of California, Case No. 8:18-cv-00571 |
| William T. Walsh, Clerk<br>Newark Division<br>Martin Luther King Building & U.S. Courthouse<br>50 Walnut Street<br>Newark, NJ 07101 | *Malskoff et al. v. Facebook, Inc. et al.*, District of New Jersey, Case No. 2:18-cv-04451 |
| David J. Bradley, Clerk<br>Houston Division<br>United States Courthouse<br>515 Rusk Avenue<br>Houston, TX 77002 | *Lodowski v. Facebook, Inc. et al.*, Southern District of Texas, Case No. 4:18-cv-00907 |
| Thomas G. Bruton, Clerk<br>Chicago Division<br>Everett McKinley Dirksen United States Courthouse<br>219 South Dearborn Street<br>Chicago, IL 60604 | *Comforte et al. v. Cambridge Analytica et al.*, Northern District of Illinois, Case No. 1:18-cv-02120 |

| **By U.S. Mail:** | |
|---|---|
| Global Science Research Ltd.<br>6th Floor 49 Peter Street,<br>Manchester, England, M2 3NG | Stephen K. Bannon<br>210 A Street, N.E.<br>Washington, DC 20002<br>Last Known Address |
| Robert Leroy Mercer<br>149 Harbor Rd.<br>Saint James, NY 11780 | Stephen K. Bannon<br>82 Heritage Hill Rd<br>New Canaan, CT 06840<br>Last Known Address |
| Aleksandr Kogan<br>University of Cambridge, Dept. of Psychology<br>Downing Street<br>Cambridge, UK CB2 3EB | |

Dated: April 19, 2018                    Respectfully Submitted,

/s/ Mark C. Scarsi
Mark C. Scarsi
MILBANK, TWEED, HADLEY & McCLOY LLP
2029 Century Park East, 33rd Floor
Los Angeles, California 90067
Telephone: 424-386-4580
Fax: 213-892-4750
Email: mscarsi@milbank.com

*Attorneys for Cambridge Analytica LLC, Cambridge Analytica Holdings LLC, Cambridge Analytica Political LLC, Cambridge Analytica (UK) Ltd., Cambridge Analytica Commercial LLC, SCL Elections Ltd., SCL Group Ltd., SCL USA Inc.*

#4841-8698-0707