**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Victor James Comforte II, et al.

                                        Plaintiff,

v.                                                    Case No.: 1:18−cv−02120
                                                  Honorable Elaine E. Bucklo

Cambridge Analytica, et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 2, 2018:

       MINUTE entry before the Honorable Elaine E. Bucklo: Defendants' agreed motion for extension of time to answer or otherwise respond to plaintiffs' complaint [36] is granted to (30) days after the JPML issues a decision on the pending motion for transfer and consolidation. Application to appear pro hac vice of Mark C. Scarsi [38] is granted. Status hearing previously set for 5/17/2018 is reset for 7/13/2018 at 9:30 a.m. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.