BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL DOCKET NO. 2843 |

NOTICE OF WITHDRAWAL OF APPEARANCE
<u>AS ATTORNEY OF RECORD</u>

TO THE PANEL, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Mark C. Scarsi of the law firm of Milbank, Tweed, Hadley & McCloy LLP ("Milbank") hereby withdraws his appearance as attorney of record for the following parties:

1. Cambridge Analytica (UK) Ltd.
2. Cambridge Analytica Commercial LLC
3. Cambridge Analytica LLC
4. Cambridge Analytica Political LLC
5. SCL Elections Limited
6. SCL Group Ltd.
7. SCL USA Inc.

Dated: May 2, 2018

Respectfully submitted,

MILBANK, TWEED, HADLEY & MCCLOY LLP

By: ___/s/ Mark C. Scarsi_____
Mark C. Scarsi
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Tel: (424) 386-4580
Fax: (213) 892-4780
mscarsi@milbank.com

#4815-6108-1444

1