UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Victor James Comforte II, et al.
                               Plaintiff,

v.                                                                         Case No.: 1:18−cv−02120
                                                                         Honorable Elaine E. Bucklo

Cambridge Analytica, et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 3, 2018:

      MINUTE entry before the Honorable Jeffrey Cole: Late last evening on 5/2/2018 at 5:18pm, James Vlahakis called left two voice mail messages. I returned his call from my car that evening and was told by Mr. Vlahakis that he had an emergency matter that had to be heard the next morning. He did not say what the matter was and I did not ask. I told him he could appear at 8:15 a.m. today and to inform the other side. Mr. Vlahakis never appeared. I learned this morning that Mr. Vlahakis had sent an after hours email to my courtroom deputy telling her that there was an emergency −− which he did not describe −− and that he realized that the case was Judge Bucklo's and the emergency Judge was Judge Norgle. His situation could not wait until Judge Norgle heard his 10:00 motions and that I was the "assigned" magistrate judge and that the matter had to be heard first thing in the morning. His words were "time is critical in this case." Leaving aside the rather obvious fact that there had been no referral to me and thus I was powerless to hear anything he chose to bring to my attention regarding this case, Mr. Vlahakis was insistent on appearing here this morning. Yet, despite the apparent exigent nature of the matter, Mr. Vlahakis never bothered to call or say he would not appear. One more thing. At 6:30 a.m. my courtroom deputy arrived at work at her customary time and called Mr. Vlahakis back. He did not return the call. Judge's time matters. McQuiggin v. Perkins, 569 U.S. 383, 384 (2013); Airframe Systems, Inc. v. Raytheon Co., 601 F.3d 9, 14 (1st Cir. 2010); United States v. Alcan Aluminum, Inc., 25 F.3d 1174, 1183 (3rd Cir. 1994); Matter of Memorial Hosp. of Iowa County, Inc., 862 F.2d 1299, 1302 (7th Cir. 1988). Lawyers ought to have due regard for the scarcity of judicial resources and for the fact that ever hour needlessly spent on a case where relief cannot and ought not be granted is an hour taken away from litigants who genuinely need the court's time. Klein v. OBrien, 884 F.3d 754, 757 (7th Cir. 2018)Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.