UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VICTOR JAMES COMFORTE, II and BRENDAN MICHAEL CARR, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAMBRIDGE ANALYTICA, LLC, FACEBOOK, INC., MARK ZUCKERBERG, and JOHN and JANE DOES 1-100,<br><br>Defendants. | Case No. 1: 18-cv-2120<br><br>Honorable Judge Elaine E. Bucklo<br><br>Magistrate Judge Jeffery Cole |

## NOTICE OF EMERGENCY MOTION

To:    All Counsel of Record

**PLEASE TAKE NOTICE**, that on **May 4, 2018 at 10:00 a.m.**, or as soon as counsel shall be heard, the undersigned shall appear before the **Honorable Judge Charles Norgle** in **Courtroom 2341**, located in the **Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604**, and then and there present **Emergency Motion for Document and Data Preservation Order** copy of which is served upon you.

Dated: May 3, 2018

Respectfully Submitted,

*/s/ James C. Vlahakis*
**James C. Vlahakis**
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Direct: (630) 581-5456
Email: jvlahakis@sulaimanlaw.com

## CERTIFICATE OF SERVICE

      I, James C. Vlahakis, an attorney, certify that a true and correct copy of the foregoing **Notice of Motion** was served via ECF, this 3rd day of May 2018, which will send notice to all parties of record. I further certify that a true and correct copy of the foregoing **Notice of Motion** has been delivered by email to**:**

Mark C. Scarsi
Milbank Tweed Hadley & McCloy LLP
2029 Century Park East, 33rd Floor
Los Angeles CA 90067
mscarsi@milbank.com

                                                        */s/ James C. Vlahakis*