**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| VICTOR JAMES COMFORTE, II and BRENDAN MICHAEL CARR, individually, and on behalf of all others similarly situated, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) ) | No. 1:18-cv-02120 |
| v. | ) ) | Hon. Elaine E. Bucklo |
| CAMBRIDGE ANALYTICA LLC, FACEBOOK, INC., MARK ZUCKERGERG, and JOHN and JANE DOES 1-100, | ) ) ) | Magistrate Jeffrey Cole |
| | ) | |
| Defendants. | ) ) | |
| | ) ) | |

## COUNSEL OF RECORD'S MOTION FOR LEAVE TO WITHDRAW

Pursuant to Local Rule 83.17 counsel who previously filed appearances for the defendant Cambridge Analytica LLC ("CA"), Mark C. Scarsi of the law firm of Milbank, Tweed, Hadley & McCloy LLP ("Milbank") and Richard B. Kapnick and Nancy A. Temple of the law firm Katten & Temple LLP, hereby move the Court for leave to withdraw as its attorneys of record and further state as follows:

1.      On May 2, 2018, SCL Elections Ltd., as well as certain of its and CA's U.K. affiliates (collectively, the "Company") filed applications to commence insolvency proceedings in the U.K.  The Company is immediately ceasing all operations and the boards have appointed insolvency practitioners Crowe Clark Whitehill LLP to act as the independent administrator for the Company.

2.      Additionally, parallel bankruptcy proceedings will soon be commenced on behalf of CA and certain of the Company's U.S. affiliates in the United States Bankruptcy Court for the Southern District of New York.

3.      Milbank, Katten & Temple and CA agree that neither Milbank nor Katten &

Temple is representing CA in this litigation any longer. The required notification of party contact

information is filed here with.

**WHEREFORE**, for the foregoing reasons, Counsel, respectfully request that the Court

grant leave to allow Mark C. Scarsi, Richard B. Kapnick, and Nancy A. Temple to withdraw as

attorneys of record for CA, and that CM/ECF electronic notices in this action to these attorneys

be terminated.

Dated: May 3, 2018                                  Respectfully Submitted,

                                                          _/s/ Richard B. Kapnick_

Mark C. Scarsi
Milbank, Tweed, Hadley & McCloy LLP                 Richard B. Kapnick
2029 Century Park East, 33rd Floor                  Nancy A. Temple
Los Angeles, CA 90067                               Katten & Temple LLP
Telephone: 424.386.4000                             209 S. LaSalle Street, Suite 950
Facsimile: 213.629.5063                             Chicago, IL 60604
mscarsi@milbank.com                                 312-663-0800
                                                    bkapnick@kattentemple.com
                                                    ntemple@kattentemple.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that he electronically filed the foregoing with the

Clerk of the Court for the United States District Court for the Northern District of Illinois using

the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by

the CM/ECF system.


_/s/ Richard B. Kapnick_