# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VICTOR JAMES COMFORTE, II and BRENDAN MICHAEL CARR, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAMBRIDGE ANALYTICA LLC, FACEBOOK, INC., MARK ZUCKERGERG, and JOHN and JANE DOES 1-100,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) No. 1:18-cv-02120<br>)<br>) Hon. Elaine E. Bucklo<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on May 11, 2018, at 9:30 a.m., or as soon thereafter as Counsel may be heard, the undersigned shall appear before the Honorable Elaine E. Bucklo, or such other Judge as may be sitting in her stead, in Courtroom No. 2243 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present, **Counsel of Record's Motion for Leave to Withdraw**, a copy of which is concurrently served.

Dated: May 3, 2018

Respectfully Submitted,

**Via Pro Hac Vice**

*/s/ Richard B. Kapnick*

Mark C. Scarsi
Milbank, Tweed, Hadley & McCloy LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: 424.386.4000
Facsimile: 213.629.5063
mscarsi@milbank.com

Richard B. Kapnick
Nancy A. Temple
Katten & Temple LLP
209 S. LaSalle Street, Suite 950
Chicago, IL 60604
312-663-0800
bkapnick@kattentemple.com
ntemple@kattentemple.com
***Attorneys for Defendant Cambridge Analytica LLC***

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

    */s/ Richard B. Kapnick*