UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VICTOR JAMES COMFORTE, II and BRENDAN MICHAEL CARR, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAMBRIDGE ANALYTICA, LLC, FACEBOOK, INC., MARK ZUCKERBERG, and JOHN and JANE DOES 1-100,<br><br>Defendants. | Case No. 1: 18-cv-02120<br><br>Honorable Judge Elaine E. Bucklo<br><br>Magistrate Judge Jeffery Cole |

## Notice of Filing/Proof of Service

I, the undersigned counsel, submit that I served all counsel of record with the following document via the District Court's ECF notification system. Additionally, I served the following document via email on counsel for CAMBRIDGE ANALYTICA, LLC, Mark C. Scarsi, Milbank Tweed Hadley & McCloy LLP at mscarsi@milbank.com

**Document served:**

May 3, 2018, Email from James C. Vlahakis to the Honorable Jeffery Cole, with carbon copies to all counsel of record.

## Declaration of Server

I declare under penalty of the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

**Executed on:** May 3, 2018


**Signature of Server**: */s/ James C. Vlahakis*
James C. Vlahakis
Counsel for Plaintiffss Comforte
and Carr

**Address of Server**: Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148