| | |
|---|---|
| **From:** | James Vlahakis |
| **To:** | "Jeffrey_Cole@ilnd.uscourts.gov" |
| **Cc:** | "srazzano@eimerstahl.com"; "ntemple@kattentemple.com"; "neimer@eimerstahl.com"; "rkapnick@kattentemple.com"; "klinsley@gibsondunn.com"; "jlipshutz@gibsondunn.com" |
| **Subject:** | Comforte v. Cambridge Analytica, et al., 18-cv-2120 |
| **Date:** | Thursday, May 3, 2018 9:50:43 AM |

Your Honor and counsel of record.

Judge Cole, apologize for not appearing in court today.

My understanding from our very brief, non-descript call was that I should appear if I filed something last evening. I erred on the side of caution and reached out twice this morning to counsel for Cambridge Analytica before revising and filing the motion that I filed about thirty minutes ago. I have also been monitoring Pacer to see if Cambridge has filed for bankruptcy. I revised the motion to incorporate the newly formed company that may or may not continue Cambridge's work. *I now realize that I should have contacted your minute clerk to explain the suspended filing status.*

Accordingly, I did not intend to waste this Court's time. Having appeared before you for close to my entire career, I have always had the most respect for this Court and have never disobeyed one of your orders. I apologize for what has taken place. Additionally, I have been diligently monitoring my work phone and failed to notice your minute clerk's voicemail on my cellphone from earlier this am. Finally, my short discussion with you took place after I left the non-descript message for your minute clerk. In closing, I misunderstood that an appearance was expected absent a court filing. Again, my deepest apologies as an officer of this court.

I can incorporate this email into a public filing if you so desire.

Sincerely,

James C. Vlahakis