**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
Eastern Division**

Victor James Comforte II, et al.

                                         Plaintiff,

v.                                                              Case No.: 1:18−cv−02120
                                                                Honorable Elaine E. Bucklo

Cambridge Analytica, et al.

                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 3, 2018:

      MINUTE entry before the Honorable Jeffrey Cole: Mr. Vlahakis has filed an email that he wrote to me explaining the mix up that had occurred this morning. [48]. That email was entirely unnecessary but nonetheless it was thoughtful of Mr. Vlahakis to have written it. Accordingly, my earlier order of 5/3/18 [44] is withdrawn.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.