**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Victor James Comforte II, et al.

                          Plaintiff,

v.                                                 Case No.: 1:18−cv−02120
                                              Honorable Elaine E. Bucklo

Cambridge Analytica, et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 4, 2018:

      MINUTE entry before the Honorable Charles R. Norgle:Emergency Motion for Document and Data Preservation Order [43] is denied. Motion hearing held on 5/4/2018. (Emergency Judge) Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.