## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Victor James Comforte II, et al.

                        Plaintiff,

v.

Cambridge Analytica, et al.

                        Defendant.

Case No.: 1:18–cv–02120
Honorable Elaine E. Bucklo


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, May 10, 2018:


       MINUTE entry before the Honorable Elaine E. Bucklo: Counsel of record's motion for leave to withdraw [46] is granted. Counsel, Nancy Anne Temple, Richard Bradshaw Kapnick and Mark C. Scarsi ar terminated. No appearance required on 5/11/2018. Mailed notice. (mgh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.