IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VICTOR JAMES COMFORTE, II and BRENDAN MICHAEL CARR, individually, and on behalf of all others similarly situated<br><br>        **Plaintiff,**<br><br>      v.<br><br>CAMBRIDGE ANALYTICA LLC, FACEBOOK, INC., MARK ZUCKERBERG, and JOHN and JANE DOES 1-100,<br><br>        **Defendants.** | CIVIL ACTION NO: 1:18-CV-02120<br>Hon. Elaine E. Bucklo. |

## SUGGESTION BY DEFENDANT FACEBOOK, INC. OF BANKRUPTCY OF DEFENDANT CAMBRIDGE ANALYTICA LLC

Defendant Facebook, Inc. respectfully notifies the Court that it has learned that, on May 17, 2018, Defendant Cambridge Analytica LLC filed a voluntary petition for bankruptcy pursuant to Chapter 7 of Title 11 of the United States Code.  *See In re Cambridge Analytica LLC*, No. 18-11500-SHL (S.D.N.Y. Bkr. May 17, 2018).  Facebook understands that the case has been assigned to the Honorable Sean H. Lane, and that a trustee has not yet been assigned.

DATED:  May 18, 2018

                Respectfully submitted,

**EIMER STAHL LLP**

By:    */s/ Nathan P. Eimer*
Nathan P. Eimer
   neimer@eimerstahl.com
Susan Razzano
   srazzano@eimerstahl.com
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Tel: 312.660.7600
Fax: 312.692.1718

**GIBSON, DUNN & CRUTCHER, LLP**

Orin Snyder
   osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, N.Y. 10166
Tel: 212.351.2400
Fax: 212.351.6335

Joshua S. Lipshutz
   jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: 202.955.8217
Fax: 202.530.9614

Kristin A. Linsley
   klinsley@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
Suite 300
San Francisco, CA 94105
Tel: 415.393.8379
Fax: 415.374.8474

*Attorneys for Defendants Facebook, Inc. and Mark Zuckerberg*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                                                     */s/ Nathan P. Eimer*