

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

Date: 6/7/18

Re:   Comforte et al v. Cambridge Analytica et al

USDC Case Number:   18cv2120

MDL Number:   2843

Dear Clerk:

Enclosed is the certified record that is being transferred to your court pursuant to an order entered by the MDL Judicial Panel on 6/6/18**:**

　　x Was electronically transmitted to: Northern District of California

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

　　　　　　　　　　　　　　　　　　Sincerely.
　　　　　　　　　　　　　　　　　　Thomas G. Bruton, Clerk

　　　　　　　　　　　　　　　　　　By:   /s/ Anya Ellis
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Enclosures

**New Case No.** _____    **Date** _____

cc:   Non-ECF Attorneys and Pro se Parties

Rev. 11/10/2016