James Constantine Vlahakis (Ill. Bar No. 6230459)
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone: 630-575-8181
Email: jvlahakis@sulaimanlaw.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDAN MICHAEL CARR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAMBRIDGE ANALYTICA LLC, FACEBOOK, INC.,<br><br>Defendants. | Case No. 3:18-cv-03394-VC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Brendan Michael Carr hereby voluntary dismisses his claims in the above-captioned action, originally filed in the United States District Court for the Northern District of California, without prejudice and without fees or costs to any party. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, no class has been certified or sought to have been certified, and no opposing party has served an answer or motion for summary judgment.

Dated: September 4, 2020

Respectfully submitted,

*/s/ James C. Vlahakis*
James C. Vlahakis
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone: 630-575-8181
jvlahakis@sulaimanlaw.com

*Attorney for Plaintiff*

1